Dismissed and
Memorandum Opinion filed June 7, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00807-CV

____________

 

DORAN A. GOSTON, Appellant

 

V.

 

HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR ACE
SECURITIES CORP, HOME EQUITY LOAN TRUST, SERIES 2006-OPT1 ASSEET-BACKED
PASS-THROUGH CERTIFICATES, ITS SUCCESSORS AND ASSIGNS, Appellees

 



On Appeal from County Court at Law No. 1 & Probate
Court

Brazoria County, Texas

Trial Court Cause No. C1044017

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed July 12, 2010.  The
clerk’s record was filed September 7, 2010.  No reporter’s record was filed. 
No brief was filed.

            On April 21, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before May 23, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.